```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

OLEN MIDKIFF, et al., )
)
        Plaintiffs, )
)
    vs. )      No. 4:08CV1219-DJS
)
3M COMPANY, et al., )
)
        Defendants. )

## ORDER

**IT IS HEREBY ORDERED** that defendant 3M Company's motion for entry of a stipulated protective order [Doc. #70] is granted as follows.

**IT IS FURTHER ORDERED** that the parties' protective order [Doc. #70-1] is approved by the Court subject to the following limitations. By its approval of the stipulated protective order, the Court in no way limits its authority and discretion to determine the following: (1) in each instance in which a party desires to file any material with the Court under seal, whether or not to permit the material to be filed under seal; (2) the extent to which any confidentiality considerations shall in any way govern the use of any material in any proceedings before the Court; (3) the disposition of sealed Court filings before or after termination of these proceedings; and (4) the Court's jurisdiction to enforce the protective order. Any and all provisions of the stipulated protective order which conflict with these limitations are disapproved to the extent that they so conflict.

**IT IS FURTHER ORDERED** that any motion relating to the protective order shall be subject to the requirements of E.D.Mo. L.R. 3.04(A).

**IT IS FURTHER ORDERED** that plaintiffs' motion to compel defendants to resolve differences regarding the proposed protective order [Doc. #69] is denied as moot.

Dated this   16th   day of July, 2010.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE