```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

OLEN MIDKIFF, et al.,            )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )    No. 4:08CV1219-DJS
                                 )
3M COMPANY, et al.,              )
                                 )
            Defendants.          )

## ORDER

Now before the Court is plaintiffs Olen and Linda Midkiff's motion to file under seal [Doc. #82], in which they ask that exhibits 7 through 16 to their motion for summary judgment be placed under seal. Plaintiffs state that defendant Mine Safety Appliances contends that these documents are confidential. Plaintiffs further state that they do not object to defendant's contention that these documents are confidential, and accordingly, agree that they should be sealed.

The filing of documents under seal in a civil case is governed by Local Rule 13.05(A)(1), which requires a showing of good cause for why pleadings and documents should be sealed. The Court finds that plaintiffs have not shown good cause why exhibits 7 through 16 should be sealed. It appears that many of these documents are already available in the public domain. The Court cannot distinguish between those public documents and documents that contain confidential, proprietary information without more information from the parties.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to file under seal [Doc. #82] is denied without prejudice.

Dated this __17th__ day of August, 2010.

>                               /s/Donald J. Stohr
>                               UNITED STATES DISTRICT JUDGE